In the Matter of RAYMOND FINN et al., Appellants, v CITY OF NEW YORK et al., Respondents. [33 NYS3d 892]—

Judgment, Supreme Court, New York County (Jennifer G. Schecter, J.), entered November 9, 2015, denying the petition seeking to, among other things, annul a negative declaration, dated June 12, 2014, issued by respondent New York City Department of Homeless Services (DHS) regarding a proposed shelter (the project), and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

DHS' determination was not arbitrary and capricious or unsupported by the evidence (*see Matter of Riverkeeper, Inc. v Planning Bd. of Town of Southeast*, 9 NY3d 219, 232 [2007]). DHS took the requisite "hard look" at the project's anticipated adverse environmental impacts, and provided a "reasoned elaboration" for the negative declaration (*id.* at 231-232, quoting *Matter of Jackson v New York State Urban Dev. Corp.*, 67 NY2d 400, 417 [1986]).

In preparing the environmental assessment statement (EAS) undergirding the negative declaration, DHS properly adhered to the "accepted methodology" set forth in the City Environmental Quality Review Technical Manual (*Matter of Chinese Staff & Workers' Assn. v Burden*, 88 AD3d 425, 429 [1st Dept 2011], *affd* 19 NY3d 922 [2012]). DHS did not delegate its review responsibilities to the environmental consulting firm it properly retained to assist it with the preparation of the EAS (*see* 6 NYCRR 617.14 [c]; *Matter of King v Saratoga County Bd. of Supervisors*, 89 NY2d 341, 350 n * [1996]).

We have considered petitioners' remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Andrias, Webber and Gesmer, JJ.